GARY D. FIDLER, ESQ.  (SBN 76383)
GREENE, FIDLER & CHAPLAN, LLP
2719 WILSHIRE BLVD., SECOND FL.
SANTA MONICA, CALIFORNIA  90403
TELEPHONE:  (310) 315-1700
FACSIMILE:    (310) 315-1701
gfidlerlaw@gmail.com

Attorneys for Defendants,
WILLIAM LANE OLSON and
HENRY ALEJANDROS PACAS

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ZARIAN,<br><br>    Plaintiff,<br><br>v.<br><br>WILLIAM LANE OLSON; HENRY ALEJANDROS PACAS; and Does 1-10, Inclusive,<br><br>    Defendants. | Case No.: 8:18-cv-00360-JVS-KES<br><br>**INITIAL EVIDENTIARY DISCLOSURE SUBMITTED BY DEFENDANTS, WILLIAM LANE OLSON AND HENRY ALEJANDROS PACAS**<br><br>**[FRCP 26(a)(1)]** |

  Defendants, WILLIAM LANE OLSON and HENRY ALEJANDROS PACAS (hereinafter collectively referred to as "OLSON-PACAS"), by and through their attorneys of record and pursuant to *Federal Rule of Civil Procedure 26*, make the following initial evidentiary disclosures as set forth herein.

///

///

///

///

-1-

OLSON-PACAS reserve the right to revise, withdraw and/or supplement the disclosures made herein. Further, said disclosures are made without the waiver, intentional or otherwise, of any and all privileges provided by law, including without limitation, the attorney-client privilege and the work-product privilege. OLSON-PACAS reserve the right not to disclose information subject to privilege, work-product or privacy. OLSON-PACAS reserve all objections as to discoverability, admissibility and/or relevance of any and all documents disclosed pursuant to this initial disclosure.

**A.    WITNESSES - FACTUAL MATTERS:**

1.    Plaintiff, JAMES ZARIAN.

2.    Defendant, WILLIAM LANE OLSON.

3.    Defendant, HENRY ALEJANDROS PACAS.

4.    Rob Fullarton, Property Manager.

**B.    UNPRIVILEGED DOCUMENTS SUPPORTING OLSON-PACAS' POSITION:**

1.    Photos of the subject parking lot which depict or will depict compliance with ADA regulations.

**C.    COMPUTATION OF DAMAGES:**

OLSON-PACAS assert that there is no need for injunctive relief with respect to itself since all remedial measures to make the subject parking lot fully compliant with the Americans With Disability Act Access Guidelines (ADAAG)/2010 ADA Standards

-2-

and the California Building Codes have been completed.   Furthermore, OLSON-PACAS are informed and believe that Defendants are either now or will be fully compliant with the Americans With Disability Act Access Guidelines (ADAAG)/2010 ADA Standards and the California Building Code.   OLSON-PACAS contends that Plaintiff has not been monetarily damaged as a result of the events described in his Complaint or that such damage is nominal at best.

## CERTIFICATION OF DISCLOSURE

The undersigned, as attorney for OLSON-PACAS, certifies to the best of his knowledge, information and belief, after a reasonable inquiry, that this disclosure is complete and correct as of the time it was made.

Respectfully submitted,

GREENE, FIDLER & CHAPLAN, LLP

Dated: August 20, 2018          By: _____
                                      Gary D. Fidler
                                      Attorneys for Defendants,
                                      WILLIAM LANE OLSON and
                                      HENRY ALEJANDROS PACAS

-3-